IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOANN PAIGE**                                                                **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:09-cv-50-WHB-LRA**

**JACKSON STATE UNIVERSITY**                                   **DEFENDANT**

## ORDER OF DISMISSAL

In accordance with the Opinion and Order entered this day dismissing this case for lack of federal subject matter jurisdiction, the above referenced case is hereby dismissed without prejudice.

SO ORDERED this the 13th day of April, 2009.

                                                        s/ William H. Barbour, Jr.
                                                        UNITED STATES DISTRICT JUDGE